UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALENCIA SPIVEY, | Case No. CV 08-08037 DDP (SSx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE REGARDING FEDERAL JURISDICTION** |
| WASHINGTON MUTUAL BANK, CALIFORNIA RECONVEYANCE COMPANY, LONG BEACH MORTGAGE COMPANY, KAIME ARIAS, TONI ADELAN, | |
| Defendants. | |

The Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. It is not clear to the Court that the parties are completely diverse or that the amount in controversy equals or exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332. Nor is the Court convinced of the existence of federal question jurisdiction under 28 U.S.C. § 1331.

Accordingly, the Court orders the parties to file cross-briefs, not to exceed ten pages, by February 19, 2009 to show cause why this action should not be dismissed for failure to establish federal jurisdiction.

IT IS SO ORDERED.

Dated: February 5, 2009

DEAN D. PREGERSON
United States District Judge